# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jason M. Welborn
Attorney at Law
617 S. Buchanan Street
Lafayette LA 70501

Kraig Thomas Strenge
Attorney at Law
P.O. Box 52292
Lafayette LA 70502-2292

**REHEARING ACTION: August 9, 2017**

**Docket Number: 17   00081-CA**

**MAZELLA SHAHAN FLOURNOY**
**VERSUS**
**OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, ET AL.**

**Appealed from Lafayette Parish Case No. C-20094550**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mazella Shahan Flournoy** has this day been

    **GRANTED.**
    This case has been set for oral argument on September 27, 2017 @ 11:00 a.m.

cc: Douglas Kent Williams, Counsel for the Appellee
    Christopher A. Mason, Counsel for the Appellee
    Druit G. Gremillion, Jr., Counsel for the Appellee
    Marc W. Judice, Counsel for the Appellee
    J. Ryan Pierret, Counsel for the Appellee